# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 00-2598 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

$14,600.00 in U.S. Currency,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. The United States's motion for default judgment against Tanisha Harbinn-Sykes and all unknown persons and entities as to $11,600.00 of the Defendant Currency and for Forfeiture of $11,600.00 the defendant currency to the Government is GRANTED; and

a. Default judgment is entered against Tanisha Harbin-Sykes and ll unknown persons and entities having an interest in $11,6700 of the Defendant currency;

b. All right, title and interest of the defaulted persons and entities in $11,600.00 fo the defendant currency is forfeited to the U.S. and no right, title, or interest in $11,600.00 of the Defendant currency shall exist in any other person or entity; and

c. $11,6700.00 of the Defendant currency shall be disposed of by the US in accordance with law.

DATE: March 25, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk